UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TODD PARIS, ID # 559445, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-0296-G (BH) |
| DALLAS POLICE DEPARTMENT, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation, this action will proceed only on plaintiff's excessive force claim against defendants Tony

Jay Buchanan, Jr. and Scott Daniel Bayton in their individual capacities.  By separate order, the court will formally dismiss all other claims.

**SO ORDERED**.

June 29, 2012.

                                                */s/ A. Joe Fish*
                                                **A. JOE FISH**
                                                **Senior United States District Judge**