UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TODD PARIS, ID # 559445, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:12-CV-0296-G (BH) |
| DALLAS POLICE DEPARTMENT, ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and the plaintiff Todd Paris's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court. The plaintiff Todd Paris's objections are overruled.

For the reasons stated in the findings, conclusions, and recommendation, the court *sua sponte* enters summary judgment for the defendants on grounds that the

plaintiff's claims are subject to dismissal with prejudice until he satisfies the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994). Defendant Tony Jay Buchanan's Motion For Summary Judgment On Qualified Immunity and Defendant Scott Daniel Dayton's Motion For Summary Judgment On Qualified Immunity, both filed July 20, 2012 (docket entries 21 and 24), as well as plaintiff Todd Paris's Motion for Summary Judgment, filed February 14, 2013 (docket entry 34), are deemed **MOOT**.

**SO ORDERED**.

February 22, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**