**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| TODD PARIS,            ) | |
| ID # 559445,           ) | |
|     Plaintiff,  ) | |
| vs.                    ) | No. 3:12-CV-0296-G-BH |
|                        ) | |
| DALLAS POLICE DEPARTMENT, et. al,  ) | |
|     Defendants. ) | |

**RECOMMENDATION REGARDING REQUEST TO PROCEED
IN FORMA PAUPERIS ON APPEAL**

Pursuant to *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* are automatically referred.

Before the Court is Plaintiff's *Application to Proceed In Forma Pauperis* on appeal, received June 5, 2013 (doc. 41), and his amended *Application to Proceed In Forma Pauperis* on appeal, with the required Certificate of Inmate Trust Account, received on July 11, 2013.

(**X**)   The request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith.

**If the Court denies the request to proceed *in forma pauperis* on appeal, Plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).  *See* Fed. R. App. P. 24(a)(5).**

**SIGNED this 11th day of July, 2013.**

                                                  IRMA CARRILLO RAMIREZ
                                             UNITED STATES MAGISTRATE JUDGE